IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SECURITIES AND EXCHANGE )
COMMISSION, )
 )
    Applicant, )
 )
v. ) CASE NO. MC418-010
 )
DEAN MOESCH, JR., )
 )
    Respondent. )

## O R D E R

Before the Court is Applicant Securities and Exchange Commission's ("SEC") Application for Order Requiring Production of Documents and Appearance for Testimony. (Doc 1.) After careful consideration, the application is **GRANTED**. Accordingly, Respondent Dean Moesch, Jr. is **DIRECTED** to produce the subpoenaed documents to the Atlanta Regional Office of the SEC c/o Penny Morgan by August 17, 2018. Respondent is also **DIRECTED** to appear at the SEC's Atlanta Regional Office to provide testimony by no later than 9 a.m. on September 7, 2018. Representatives of the SEC are **DIRECTED** to serve Respondent and his counsel by mail and email with a copy of this order, the Application, the Memorandum of Law in Support of the Application, and the Declaration of Penny Morgan.

SO ORDERED this 9th day of August 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA