# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Applicant, ) ) | |
| v. ) ) | MC418-010 |
| DEAN MOESCH, JR., ) ) | |
| Respondent. ) | |

## ORDER

In August of 2018, the Court entered an order in this case granting applicant's request for the issuance of a subpoena. Doc. 5. Since that time there has been no activity in this case. Accordingly, the parties are **DIRECTED** to inform the Court within ten days from the date of this order whether all outstanding issues have been resolved. Failure to respond will result in a recommendation of dismissal for failure to prosecute. *See* S.D. Ga. L.R. 41.1.

**SO ORDERED,** this 8th day of October, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA